Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST; NORTHWEST CARPENTERS RETIREMENT TRUST; NORTHWEST CARPENTERS INDIVIDUAL ACCOUNT PENSION TRUST; NORTHWEST CARPENTERS VACATION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND OF WASHINGTON-IDAHO,<br><br>Plaintiffs,<br><br>GREYROCK DRILLING & PILEDRIVING LLC, a Washington limited liability company,<br><br>Defendant,<br><br>COLUMBIA BANK, formerly known as PACIFIC PREMIER BANK, N.A.,<br><br>Garnishee Defendant. | Case No. 2:25-mc-00057-JNW<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY |

**JUDGMENT SUMMARY**

Judgment Creditors:   Northwest Carpenters Health and Security Trust; Northwest Carpenters Retirement Trust; Northwest Carpenters Individual Account Pension Trust; Northwest Carpenters Vacation Trust; and Carpenters-Employers

ORDER – 1
2:25-mc-00057-JNW

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

|   |   |
|---|---|
| | Apprenticeship and Training Trust Fund of Washington-Idaho |
| Garnishment Judgment Debtor (Garnishee): | Columbia Bank, formerly known as Pacific Premier Bank, N.A. |
| Garnishment Judgment Amount: | $14,119.33 |
| Judgments to Bear Interest at: | 12% |
| Attorneys for Judgment Creditors: | Jeffrey G. Maxwell, Esq.<br>Turner, Stoeve & Gagliardi, P.S.<br>201 W North River Drive, Suite 190<br>Spokane, Washington 99201 |

Based on the evidence before the Court, the Court finds that at the time the Writ of Garnishment was issued, Garnishee Defendant Columbia Bank, formerly known as Pacific Premier Bank, N.A., was in possession of $14,119.33 in non-exempt funds belonging to Defendant/Judgment Debtor Greyrock Drilling & Piledriving LLC. The Court also finds that Plaintiffs have incurred $387.50 in recoverable costs and attorney fees.

Based on the above findings by the Court, it is ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Defendant Columbia Bank, formerly known as Pacific Premier Bank, N.A., in the amount of $14,119.33; that Garnishee Defendant shall pay its judgment amount to Plaintiffs through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $14,119.33; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the court in the principal amount of $14,119.33, payable to Turner, Stoeve & Gagliardi, P.S., in trust For the Northwest Carpenters Trusts and mail or deliver the check to Turner, Stoeve & Gagliardi, P.S., 201 W North

ORDER – 2
2:25-mc-00057-JNW

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

River Drive, Suite 190, Spokane, Washington 99201. Plaintiffs are directed to first satisfy the $387.50 in recoverable costs, as listed on the writ of garnishment (Dkt. #3), prior to applying garnishment proceeds to the underlying judgment balance. Garnishee Defendant is advised that the failure to pay the judgment amount may result in execution of the judgment, including garnishment.

Dated: October 22nd, 2025.

_____
Honorable Jamal N. Whitehead
United States District Judge

ORDER – 3
2:25-mc-00057-JNW

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552